■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AKBAR BEY, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Moskowitz, J.), rendered November 11, 1983, convicting him of attempted robbery in the first degree, upon his plea of guilty, and imposing sentence.

Judgment affirmed.

We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious issues that could be raised upon appeal. Counsel's application for leave to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; cf. *People v Gonzalez,* 47 NY2d 606.) Lazer, J. P., Brown, Boyers and Eiber, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL BIRRIEL, Appellant. — Appeal by defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Lagana, J.), imposed June 2, 1983.

Sentence affirmed. (See *People v Kazepis,* 101 AD2d 816.) Titone, J. P., Lazer, Gibbons and Brown, JJ., concur.